**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 1:25-bk-02214-HWV |
| ALAN KIM PATRONO and JANE H. PATRONO, | : | |
| | : | CHAPTER 11 |
| Debtors, | : | |
| H&M HOLDINGS GROUP, LLC, et al., | : | ADVERSARY NO. 1:25-ap-00069-HWV |
| Plaintiffs, | : | Nature of Proceeding: 62 Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud; 67 Dischargeability – 523(a)(4), fraud as fiduciary, embezzlement, larceny; 68 Dischargeability – 523(a)(6), willful and malicious injury |
| v. | : | |
| ALAN KIM PATRONO and JANE H. PATRONO, | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the pleadings filed in the above captioned matter, it is

**ORDERED** as follows:

1. Disclosure of information required under Federal Rules of Civil Procedure 26(a)(1), (a)(2) and (a)(3)(A) shall be completed within thirty (30) days from the date of this order.
2. All discovery shall commence immediately and be completed within ninety (90) days from the date of this order.
3. On or before the close of discovery, the parties must submit a joint statement as to whether they consent to participation in the Court-annexed mediation program. If the parties consent to mediation, they may request a particular mediator previously certified by the Court who has consented to conduct the mediation for the parties. A list of certified mediators is included on the Court's website.
4. Dispositive motions must be filed on or before thirty (30) days after the close of discovery in accordance with Local Bankruptcy Rules 7002-1 and 7056-1.

5. All requests to join other parties or to amend the pleadings must be filed within ninety (90) days from the date of this order.

6. A final pretrial conference shall be held on **July 7, 2026** at **9:30 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102.

7. Seven (7) days before the final pre-trial conference, counsel must submit a short joint pretrial memorandum addressing the following:

   a. Basis of the bankruptcy court's jurisdiction.

   b. A statement of uncontested facts.

   c. A statement of facts that are in dispute.

   d. A statement of damages claimed or relief sought. Each claim for damages should be described separately as well as the amount claimed. When relief other than damages is sought, the exact form of relief sought shall be described.

   e. Legal issues presented and the constitutional, statutory, and decisional authorities relied on. The burden of proof on each legal issue must be addressed.

   f. Names and addresses of witnesses with expert witnesses identified as experts and with a summary of qualifications. A brief summary of the evidence to be presented by each witness must be included.

   g. A list of all exhibits to be offered into evidence, prepared and numbered as required by Local Bankruptcy Rule 9070-1.

   h. A list of all discovery items and depositions to be offered into evidence. Excerpts from deposition testimony shall be designated by page.

   i. Estimated trial time.

8. Any motions *in limine* must be filed and served at least seven (7) days before trial. The Court may reserve ruling on the motion until the date of trial.

9. Any trial briefs must be filed and served at least seven (7) days before trial.

10. Trial is scheduled for **July 15, 2026** at **9:30 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102.

11. The deadlines set forth in this order may be modified only upon stipulation by the parties and approval by the Court or upon motion filed by a party and approval by the Court.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 10, 2025