| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 1:25-bk-02214 |
| ALAN KIM PATRONO, fdba PATRONO & MURPHY LLC, fbda APPLE LEAF ABSTRACTING & SETTLEMENT CO. and JANE H. PATRONO, | : | |
| | : | |
| | : | |
| | : | |
| | : | CHAPTER 11 |
| Debtors, | : | |
| | : | |
| H&M HOLDINGS GROUP, LLC, et al., | : | ADVERSARY NO. 1:25-ap-00069 |
| | : | |
| Plaintiffs, | : | Nature of Proceeding: 62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud; 67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny; 68 Dischargeability - 523(a)(6), willful and malicious injury |
| | : | |
| v. | : | |
| | : | |
| ALAN KIM PATRONO and JANE H. PATRONO, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, Doc. 26, and the accompanying supporting brief, Doc. 22, it is

**ORDERED** that within 21 days of the service of the Plaintiffs' Motion and supporting brief, the Defendants may file a brief in opposition to the Motion, accompanied by a responsive statement of undisputed facts in accordance with Local Bankruptcy Rule 7002-1. In the event that the Defendants fail to comply with Local Bankruptcy Rule 7002-1, Plaintiffs' Motion may be granted without further notice. It is further

**ORDERED** that within 14 days of the service of Defendants' opposition brief, if any, the Plaintiffs may file a reply brief in further support of the Motion. It is further

**ORDERED** that a hearing on the Motion shall be held on **August 4, 2026** at **10:00 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102.

By the Court,

_Henry W. Van Eck_
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 17, 2026