# Notice Recipients

District/Off: 0314−1                    User: AutoDocketer                    Date Created: 6/17/2026

Case: 1:25−ap−00069−HWV                 Form ID: pdf010                       Total: 13


**Recipients of Notice of Electronic Filing:**
aty         Lawrence V. Young          lyoung@cgalaw.com
aty         Michael Vagnoni            michael.vagnoni@obermayer.com
aty         Paige Macdonald−Matthes    pmm@obermayer.com

                                                                           TOTAL: 3


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla         H&M Holdings Group, LLC          210 Ridgewood Drive          Fairfield, PA 17325
pla         Hauser Family Farms, LLC         48 Beechwood Drive           Fairfield, PA 17320
pla         Hannah Hauser          210 Ridgewood Drive          Fairfield, PA 17325
pla         Melinda Davis          48 Beechwood Drive          Fairfield, PA 17320
dft         Alan Kim Patrono          98 E Broadway          Gettysburg, PA 17325
dft         Jane H. Patrono          98 E Broadway          Gettysburg, PA 17325
ust         Edith Ann Serrano          DOJ−Ust          Sylvia H. Rambo United States Courthouse          1501 N. 6th
            Street          Box 302          Harrisburg, PA 17102
ust         Joseph P Schalk          DOJ−Ust          1501 North 6th Street          Ste Box 302          Harrisburg, PA 17102
ust         United States Trustee − TPA          Timberlake Annex, Suite 1200          501 E Polk Street          Tampa, FL 33602
ust         United States Trustee          US Courthouse          1501 N. 6th St          Harrisburg, PA 17102

                                                                           TOTAL: 10